UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO COMPUSA, INC. | 3-07 mc 0017-N<br>related case: 3-07 mc 0018-P |

**RESPONDENT LG.PHILIPS LCD CO., LTD.'S CORRECTED RESPONSE IN OPPOSITION TO TATUNG'S MOTION FOR PROTECTIVE ORDER**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff/Respondent LG.Philips LCD Co., Ltd. ("LPL") hereby opposes the Motion for Protective Order tardily filed by Defendants Tatung Company and Tatung Company of America, Inc. (collectively "Tatung") with respect to the third party subpoena served by LPL on CompUSA, Inc. (*See* Appendix RESP 0002-00015).

The matter presented to this Court concerns Motions to Quash deposition subpoenaes filed by the Defendant Tatung, not by the proposed deponents, who are not parties to the Main Case.

Tatung has filed numerous motions in various district courts, including this Court, to quash LPL's deposition subpoenaes served on a number of third party witnesses in a patent infringement action pending in the United States District Court in Delaware filed as Case Number 04-cv-00343-JJF, ("Main Case").

For the reasons explained in LPL's contemporaneously filed Brief in Support of this Response, LPL requests that this matter be transferred to the District Court in Delaware, or alternatively, that Tatung's motion be denied.

doc 146916

1

          Respectfully Submitted,


          s/Frank L. Broyles
           Frank L. Broyles
           Texas State Bar #03230500
           GOINS, UNDERKOFLER,
           CRAWFORD & LANGDON, LLP
           1201 ELM ST. SUITE 4800
           DALLAS, TX 75270
           (214) 969-5454
           (214 969-5902 TELECOPY


          Attorneys for Respondent
          **LG.PHILIPS LCD CO., LTD.**


     On March 15, 2007, a genuine copy of the foregoing and referenced Appendix was served via email on the persons shown on the service list attached on the next page. Additionally, a copy will be served by First Class Mail on March 16, 2007.

s/Frank L. Broyles

doc 146916      2

## SERVICE LIST:
## 07-0017 & 07-0018 NDTX

**Richard D. Kirk**
The Bayard Firm
222 Delaware Ave.
Ste 900
Wilmington, DE 19899

**Jeffrey B. Bove**
**James D. Heisman**
**Jaclyn M. Mason**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899

**Scott R. Miller**
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071

**Tracy R. Roman**
RASKIN PETER RUBIN & SIMON LLP
1801 Century Park East, Ste 2300
Los Angeles, CA 90067

**Frederick L. Cottrell, III**
**Anne Shea Gasa,**
RICHARDS LAYTON & FINGER, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Penelope Brobst Blackwell

Email List:
rkirk@bayardfirm.com; jbove@cblh.com; jheisman@cblh.com; jmason@cblh.com; smiller@cblh.com; troman@raskinpeter.com; Cottrell@RLF.com; Gaza@RLF.com