IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILLIPS LCD CO. LTD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-183-JJF |
| TATUNG COMPANY, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, several actions have been settled which are related to and/or involve parties who are also parties to the above-captioned action; see LG Phillips LCD Co. Ltd. v. Tatung Co., 05-292-JJF; LG Phillips LCD Co. Ltd. v. Tatung Co., 04-343-JJF;

NOW THEREFORE, IT IS HEREBY ORDERED that, no later than **Friday, February 8, 2007,** the parties provide the Court with a status report regarding the above-captioned action indicating what, if any, impact the settlements have on the pendency of this litigation.

January 31, 2008
    DATE

                                                UNITED STATES DISTRICT JUDGE